**FILED**
At Albuquerque NM
JAN 30 2012
MATTHEW J. DYKMAN
CLERK

PS 8(12/04)

UNITED STATES DISTRICT COURT
for the
Western District of Texas

2012 JAN 23

12-MJ-193

U.S.A .vs. SHANISE ISABEL LOPEZ   Docket No. EP-11-CR-2028 KC (3)

### Petition for Action on Conditions of Pretrial Release

COMES NOW Robert L. Preslar PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Shanise Isabel Lopez who was placed under Pretrial Release supervision by the Honorable Robert Castaneda sitting in the court at El Paso, Texas, on the 18th day of October, 2011 under the following conditions:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS: United States Pretrial Services alleges the defendant has violated the following condition of his release:

**Condition 14: Defendant shall not use any narcotic drug or other controlled substance, as defined in 102 of the Controlled Substances Act, unless prior to use, Defendant has obtained a prescription from a licensed medical practitioner. Defendant shall submit urine samples as directed by the Pretrial Services Office.**

Shanise Lopez attended a Status Conference Hearing before the Honorable Court on January 13, 2012. After the hearing, U.S. Pretrial Services Officer, Jaime Chairez escorted the defendant to the Pretrial Services Office where a urine sample was requested from her. Prior to submission of the sample, Lopez admitted smoking a substance known to her as "Spice" while riding the bus from Albuquerque, New Mexico to El Paso, Texas the morning of January 13, 2012. The urine specimen submitted on January 13, 2012 was tested by the lab on January 18, 2012 and it returned positive findings for Cocaine in her system.

On January 20, 2012 I was advised by U.S. Probation Officer Sandra Day in Albuquerque, New Mexico that Lopez had failed to submit a scheduled urine samples on January 17, 2012 because she arrived late to the testing facility. On January 23, 2012 I was advised by Officer Day that the defendant failed to report and submit a urine sample as directed on January 21, 2012.

A prior violation memorandum was submitted December 6, 2011 advising that Lopez had tested positive for Cocaine and Amphetamine on November 28, 2011. At that time it was recommended that she be continued on bond with increased urine testing and substance abuse treatment.

Assistant United States Attorney, Dixie Pritchard, was contacted on January 23, 2012 at which time she was informed of the bond violation and stated that she does not oppose the Pretrial Services' recommendation to seek a Petition for Action to include a warrant.

Defendant Lopez, Shanise Isabel
EP-11-CR-02028 (3)-KC
Page (2)

PRAYING THAT THE COURT WILL ORDER: That a warrant be issued and the defendant's bond be revoked.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> Executed on January 23, 2012
>
> *Robert L. Preslar* (signature)
>
> Robert L. Preslar
> U.S. Pretrial Services Officer
> 915-534-6758   ext.229
> Place: El Paso, TX
> Date:   January 23, 2012

## ORDER OF THE COURT

Considered and ordered this 23rd day of January, 2012, and ordered filed and made part of the record in the above case. It is further ordered that a warrant of arrest be issued.

*Kathleen Cardone* (signature)

Kathleen Cardone
United Stated District Judge

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Western District of Texas

**UNITED STATES OF AMERICA**
v.
**SHANISE ISABEL LOPEZ**

**WARRANT FOR ARREST**

CASE NUMBER: EP-11-CR-2028 KC (3)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___SHANISE ISABEL LOPEZ___
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment  ☐ Information  **x Order of Court**  ☐ Violation Notice  ☐ Probation Violation Petition
charging him or her with (brief description of offense)

Please see attached.

in violation of
Title _____ United States Code, Section(s) _____

___WILLIAM G PUTNICKI___        ___U.S. District Clerk___
Name of Issuing Officer          Title of Issuing Officer

_[signature]_                    **JAN 2 3 2012**        ___El Paso, TX___
Signature of Issuing Officer      Date and Location

Bail fixed at
$ ___DETAIN W/O BOND___   by   ___U.S. DISTRICT JUDGE KATHLEEN CARDONE___
                               Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |