UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
Albuquerque

Before the Honorable W. Daniel Schneider
United States Magistrate Judge

Clerk's Minutes - Initial - Rule 5

Date:   1/31/2012                              Case No.: 12-mj-193

Title:   USA v. Shanise Isabel Lopez          Total Time: 2 minutes

Courtroom Clerk:  E. Romero                   FTR: Gila @ 10:20

Probation/Pretrial Services: T. Gregory       Interpreter: n/a


ATTORNEYS PRESENT:
**Plaintiff(s):**                              **Defendant(s):**
James Braun                                    Pro-Se

PROCEEDINGS:

X       Defendant sworn

X       Received copy of charging document

X       Defendant advised of rights and penalties

X       Defendant wants court appointed attorney

X       Government moves to detain

X       Defendant remanded to custody of USMS

X       Identity/Detention Hearing set: 2/01/2012 @ 9:30

        Other